<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6395**

ANTONIO MOSLEY,

              Plaintiff - Appellant,

        v.

CHARLOTTE MECKLENBURG POLICE DEPARTMENT; J. REDFERM,
Detective; JIM AGETRICK, Detective; TAMMY CLARY, Detective,

              Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Robert J. Conrad,
Jr., Chief District Judge.  (3:13-cv-00070-RJC)

Submitted:  May 23, 2013                Decided:  May 29, 2013

Before MOTZ[*] and AGEE, Circuit Judges,  and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Antonio Mosley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

_____

        [*] Judge Motz did not participate in consideration of this
case.  The opinion is filed by a quorum of the panel pursuant to
28 U.S.C. § 46(d).

PER CURIAM:

Antonio Mosley appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mosley v. Charlotte Mecklenburg Police Dep't, No. 3:13-cv-00070-RJC (W.D.N.C. Feb. 21, 2013). We deny Mosley's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED